# IN THE UNITED STATES MAGISTRATE COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CALVIN D. BRUSH,<br><br>Defendant. | PO-23-05018-BLG-TJC<br><br>ORDER TO DISMISS WITH PREJUDICE<br><br>Violation No. 9509691<br>Location Code: M14 |

Based on motion of the United States and for good cause shown,

IT IS ORDERED that the motion to dismiss (Doc. 3), with prejudice, Violation Notice FATK00AC is GRANTED. This matter is dismissed, with prejudice, as fully adjudicated.

DATED this 17th day of July, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge